**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 14, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD76334 | In the Matter of the Foreclosure of Liens for Delinquent Land Taxes by Action in Rem: Collector of Revenue, by and through the Director of Collections for Jackson County, Missouri vs. Memorial Missionary Baptist Church; Norman L. Barnett |
| WD77133 | Katherina Tammy Allen vs. William Richard Allen |
| WD77282 | Eldon Bugg vs. James L. Rutter, et al |



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD75523 | State of Missouri vs. James L. Parks, III |
| WD76446 | State of Missouri vs. Irvin Gene Riley |
| WD76364 | State of Missouri vs. Anthony Jordan |
| WD76829 | State of Missouri vs. Orlanda Cepedea Rowe |